UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| KW, a minor child, and ) <br> CYNTHIA SMITH-WALKER, Mother, ) <br> ) <br> Plaintiffs, ) <br> vs. ) <br> ) <br> METROPOLITAN SCHOOL CORPORATION ) <br> OF PERRY TOWNSHIIP, et al., ) <br> ) <br> Defendants. ) | 1:04-cv-1972-SEB-VSS |

## J U D G M E N T

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that the plaintiffs take nothing by their complaint in this action and that this cause of action is **dismissed with prejudice.**

Date: 01/24/2007

_Sarah Evans Barker_
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Cynthia Smith-Walker
941 West Stop 11 Road
Indianapolis, IN 46217

KW
117 Antoinette Pl., Apt. C
Indianapolis, IN 46227

Anthony W. Overholt
LOCKE REYNOLDS LLP
aoverholt@locke.com

Thomas E. Wheeler II
LOCKE REYNOLDS LLP
twheeler@locke.com